METINER G. KIMEL - State Bar No. 21280
KIMEL LAW OFFICES
**Mailing Address:**
1115 West Lincoln Avenue
Yakima, WA 98902

Telephone: (509) 452-1115
Facsimile: (509) 452-1116

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re: | Case No. 09-06011 |
|---|---|
| Joel and Cheryl Richards, | Chapter 7 |
| Debtor(s). | **TENDER OF DIVIDENDS OF LESS THAN $5.00** |

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum of $5.63 being dividends of less than $5.00, which are payable to the following creditors in the amounts designated opposite their names.

| NAME/ADDRESS | TENDER AMOUNT |
|---|---|
| Merchants Credit Association<br>PO Box 7416<br>Bellevue, Wa 98008 | $1.34 |
| Professional Credit Service<br>PO Box 7548<br>Eugene, OR 97401 | $4.29 |

Dated this 9th day of September, 2010.

/s/ Metiner G. Kimel
Metiner G. Kimel, Trustee

TENDER OF UNPAID FUNDS                1